UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Munoz, Alejandro M. | § | Case No. 18-07152 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/13/2018. The undersigned trustee was appointed on 03/13/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 29,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 14.86 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 2,922.05 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 26,063.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/21/2018 and the deadline for filing governmental claims was 12/21/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $3,357.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $3,357.80, for a total compensation of $3,357.80[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $18.00 for total expenses of $18.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :   02/18/2019                          By :   /s/ Elizabeth C. Berg
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

Page 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 18-07152 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Munoz, Alejandro M. | | | Date Filed (f) or Converted (c): | 03/13/2018 (f) |
| | | | | 341(a) Meeting Date: | 04/09/2018 |
| For Period Ending: | 02/18/2019 | | | Claims Bar Date: | 12/21/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 703 Southwind Drive, Carpentersville, IL 60110 | 156,328.00 | 0.00 | | 0.00 | FA |
| 2. | 2014 GMC Terrain  Reaffirmed 4/26/18 [Dkt. 19] | 10,600.00 | 0.00 | | 0.00 | FA |
| 3. | 2005 Dodge Ram | 3,800.00 | 0.00 | | 0.00 | FA |
| 4. | Household furnishings | 550.00 | 0.00 | | 0.00 | FA |
| 5. | Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 6. | Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 7. | Bichon Fresier | 400.00 | 0.00 | | 0.00 | FA |
| 8. | Pictures | 5.00 | 0.00 | | 0.00 | FA |
| 9. | Checking TCF National Bank | 471.47 | 0.00 | | 0.00 | FA |
| 10. | Revcor, Inc. Profit Sharing 401(k) Plan & Trust | 28,255.48 | 0.00 | | 0.00 | FA |
| 11. | Uncashed cashierr's check (u)  Unscheduled Funds from Debtor's closed savings account | 29,000.00 | 26,077.95 | | 29,000.00 | FA |
| 12. | Money Market Account - TCF (u) | 6.48 | 0.00 | | 0.00 | FA |
| | | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | | 230,616.43 | 26,077.95 | | 29,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**February 18, 2019:** Trustee reviewed and analyzed claims. A secured claim was filed that Trustee determined was not valid against the Estate. Trustee contacted the creditor in an effort to resolve claim issue. When the creditor failed to withdraw the secured claim, Trustee filed a motion to determine the value of the secured claim as $0.00 which was approved by this Court's order dated February 15, 2019 [Dkt. 51]. Trustee worked with her accountants to review information and documentation regarding the unscheduled Funds recovered and, ultimately, determined no estate tax return was required to be filed. Trustee prepared her TFR.

UST Form 101-7-TFR (5/1/2011) (Page 3)                                                                                                                                                                                  **Exhibit A**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: 18-07152 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Munoz, Alejandro M. | | Date Filed (f) or Converted (c): 03/13/2018 (f) |
| | | 341(a) Meeting Date: 04/09/2018 |
| For Period Ending: 02/18/2019 | | Claims Bar Date: 12/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**October 10, 2018:** Trustee withdrew her Report of No Distribution upon the discovery of a previously undisclosed cashier's check representing the funds from the Debtor's savings account closed pre-petition ("Funds"). Trustee recovered the Funds and issued payment to Debtor of his claimed and allowed exemption.  Trustee will work with her accountants to prepare estate tax returns.  The claims bar date expires in December 2018. Upon expiration of the claims bar date, Trustee will review claims, resolve any issues and, thereafter prepare her TFR.

**Initial Projected Date of Final Report(TFR) :** 06/30/2019     **Current Projected Date of Final Report(TFR) :** 02/18/2019

**Trustee's Signature**     /s/Elizabeth C Berg         **Date:** 02/13/2019
Elizabeth C Berg
P. O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-07152 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Munoz, Alejandro M. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5435 Checking Account |
| Taxpayer ID No: | **-***6025 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/18/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/19/2018 | [11] | Alejandro M Munoz<br>c/o TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | Turnover of Unscheduled Funds from D's closed savings account | 1229-000 | 29,000.00 | | 29,000.00 |
| 09/26/2018 | 51001 | Alejandro M. Munoz<br>c/o James P. Casement<br>Casement Group, P.C.<br>1595 Weld Rd, Ste. 3<br>Elgin, IL 60123 | Exemption Claimed in Uncashed Cashier's Check | 8100-002 | | 2,922.05 | 26,077.95 |
| 10/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 14.86 | 26,063.09 |

|  |  |  |  | Page Subtotals | 29,000.00 | 2,936.91 | |

|  | **COLUMN TOTALS** | 29,000.00 | 2,936.91 |
| --- | --- | --- | --- |
|  | Less:Bank Transfer/CD's | 0.00 | 0.00 |
|  | **SUBTOTALS** | 29,000.00 | 2,936.91 |
|  | Less: Payments to Debtors | | 2,922.05 |
|  | **Net** | 29,000.00 | 14.86 |

UST Form 101-7-TFR (5/1/2011) (Page 5)

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-07152 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Munoz, Alejandro M. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5435 Checking Account |
| Taxpayer ID No: | **-***6025 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/18/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

|  |  |  |  |
|---|---|---|---|
| All Accounts Gross Receipts: | 29,000.00 |  |  |
| All Accounts Gross Disbursements: | 2,936.91 |  |  |
| All Accounts Net: | 26,063.09 |  |  |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5435 Checking Account | 29,000.00 | 2,936.91 | |
| **Net Totals** | 29,000.00 | 2,936.91 | 26,063.09 |

Case: 18-07152  
Munoz, Alejandro M.

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 1

Claims Bar Date: 12/21/18    Government Bar Date: 12/21/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
|  | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br>Trustee compensation | 2100 | 0.00 | 3,357.80 | 3,357.80 | 0.00 | 3,357.80 |
|  | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br>Trustee expenses | 2200 | 0.00 | 18.00 | 18.00 | 0.00 | 18.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **3,375.80** | **3,375.80** | **0.00** | **3,375.80** |
| 00001 | Capital One Auto Finance<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>Filed: 09/24/18<br>Secured claim determined to be $0 per order 2/15/19 [Dkt. 51] | 4210 | 12,795.00 | 12,369.78 | 0.00 | 0.00 | 0.00 |
| **SECURED TOTAL** | | | **12,795.00** | **12,369.78** | **0.00** | **0.00** | **0.00** |
| 00002 | TD Bank, USA<br>American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br>Filed: 09/25/18 | 7100 | 0.00 | 1,356.75 | 1,356.75 | 0.00 | 1,356.75 |
| 00003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272<br>Filed: 10/05/18 | 7100 | 475.00 | 475.28 | 475.28 | 0.00 | 475.28 |
| 00004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272<br>Filed: 10/05/18 | 7100 | 711.00 | 760.08 | 760.08 | 0.00 | 760.08 |
| 00005 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 10/10/18 | 7100 | 697.00 | 544.13 | 544.13 | 0.00 | 544.13 |

Case:  18-07152  
Munoz, Alejandro M.

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 2

Claims Bar Date: 12/21/18    Government Bar Date: 12/21/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00006 | Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603<br>Filed: 11/02/18 | 7100 | 0.00 | 2,370.60 | 2,370.60 | 0.00 | 2,370.60 |
| 00007 | PYOD, LLC for Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Filed: 11/02/18 | 7100 | 0.00 | 1,838.60 | 1,838.60 | 0.00 | 1,838.60 |
| 00008 | Creditone Llc<br>PO Box 625<br>Metairie, LA 70004<br>Filed: 11/28/18 | 7100 | 16,774.06 | 16,670.20 | 16,670.20 | 0.00 | 16,670.20 |
| 00009 | PYOD, LLC for Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Filed: 12/07/18 | 7100 | 2,328.00 | 2,281.14 | 2,281.14 | 0.00 | 2,281.14 |
| 00010 | PYOD, LLC for Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Filed: 12/07/18 | 7100 | 428.00 | 465.31 | 465.31 | 0.00 | 465.31 |
| 00011 | PYOD, LLC for Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Filed: 12/07/18 | 7100 | 0.00 | 944.45 | 944.45 | 0.00 | 944.45 |
| 00012 | PYOD, LLC for Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Filed: 12/07/18 | 7100 | 0.00 | 784.28 | 784.28 | 0.00 | 784.28 |
| 00013 | PYOD, LLC for Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Filed: 12/07/18 | 7100 | 0.00 | 1,126.25 | 1,126.25 | 0.00 | 1,126.25 |

Case: 18-07152  
Munoz, Alejandro M.

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 3

Claims Bar Date: 12/21/18    Government Bar Date: 12/21/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00014 | PYOD, LLC for Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 Filed: 12/07/18 | 7100 | 0.00 | 271.32 | 271.32 | 0.00 | 271.32 |
| 00015 | Quantum3 Group for PO Box 788 Kirkland, WA 98083 Filed: 12/13/18 | 7100 | 378.00 | 378.82 | 378.82 | 0.00 | 378.82 |
| 00016 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083 Filed: 12/13/18 | 7100 | 2,163.00 | 2,163.08 | 2,163.08 | 0.00 | 2,163.08 |
| 00017 | Department Stores Nat'l c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083 Filed: 12/21/18 | 7100 | 1,403.00 | 1,403.21 | 1,403.21 | 0.00 | 1,403.21 |
| | Alejandro M. Munoz 703 Southwind Dr. Carpentersville, IL 60110 Debtor's exemption | 8100 | 0.00 | 2,922.05 | 2,922.05 | 2,922.05 | 0.00 |
| **UNSECURED TOTAL** | | | **25,357.06** | **36,755.55** | **36,755.55** | **2,922.05** | **33,833.50** |
| **REPORT TOTALS** | | | **38,152.06** | **52,501.13** | **40,131.35** | **2,922.05** | **37,209.30** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-07152
Case Name: Munoz, Alejandro M.

Trustee Name: Elizabeth C Berg

Balance on Hand $26,063.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00001 | Capital One Auto Finance | $ 12,369.78 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00
Remaining Balance $ 26,063.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 3,357.80 | $ 0.00 | $ 3,357.80 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 18.00 | $ 0.00 | $ 18.00 |

Total to be paid for chapter 7 administrative expenses $ 3,375.80
Remaining Balance $ 22,687.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,833.50 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 67.1 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) Page 10

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002 | TD Bank, USA | $ 1,356.75 | $ 0.00 | $ 909.78 |
| 00003 | Capital One Bank (USA), N.A. | $ 475.28 | $ 0.00 | $ 318.71 |
| 00004 | Capital One Bank (USA), N.A. | $ 760.08 | $ 0.00 | $ 509.68 |
| 00005 | Capital One, N.A. | $ 544.13 | $ 0.00 | $ 364.87 |
| 00006 | Merrick Bank | $ 2,370.60 | $ 0.00 | $ 1,589.63 |
| 00007 | PYOD, LLC for Citibank, N.A. | $ 1,838.60 | $ 0.00 | $ 1,232.89 |
| 00008 | Creditone Llc | $ 16,670.20 | $ 0.00 | $ 11,178.30 |
| 00009 | PYOD, LLC for Citibank, N.A. | $ 2,281.14 | $ 0.00 | $ 1,529.63 |
| 00010 | PYOD, LLC for Citibank, N.A. | $ 465.31 | $ 0.00 | $ 312.02 |
| 00011 | PYOD, LLC for Citibank, N.A. | $ 944.45 | $ 0.00 | $ 633.31 |
| 00012 | PYOD, LLC for Citibank, N.A. | $ 784.28 | $ 0.00 | $ 525.91 |
| 00013 | PYOD, LLC for Citibank, N.A. | $ 1,126.25 | $ 0.00 | $ 755.21 |
| 00014 | PYOD, LLC for Citibank, N.A. | $ 271.32 | $ 0.00 | $ 181.94 |
| 00015 | Quantum3 Group for Comenity Bank | $ 378.82 | $ 0.00 | $ 254.03 |
| 00016 | Quantum3 Group LLC | $ 2,163.08 | $ 0.00 | $ 1,450.46 |
| 00017 | Department Stores Nat'l Bank | $ 1,403.21 | $ 0.00 | $ 940.92 |

Total to be paid to timely general unsecured creditors    $ 22,687.29

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE